UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STANLEY REALTY HOLDINGS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1: 04-CV-11394-WGY |
| TOWN OF WATERTOWN, et al., | ) |
| Defendants. | ) |

## PLAINTIFF'S RULE 7.1 STATEMENT

Pursuant to Rule 7.1, Fed.R.Civ.P., plaintiff Stanley Realty Holdings, LLC states that it is 99 percent owned by Lincoln Property Company Southwest, Inc., a privately held Texas corporation.

STANLEY REALTY HOLDINGS, LLC,

By its attorneys,

 /s/ Michael D. Vhay
Michael D. Vhay (BBO #566444)
Bruce S. Barnett (BBO #647666)
Sergio J. Campos (BBO #658121)

PIPER RUDNICK LLP
One International Place
Boston, Massachusetts 02110
Telephone 617-406-6000
Facsimile 617-406-6100

~BOST1:303399.v1
241078-4