UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                  Civil Action
                                                  No: <u>04-11394-WGY</u>

STANLEY REALTY HOLDINGS
Plaintiff

v.

TOWN OF WATERTOWN, ET AL
Defendant

<u>ORDER OF DISMISSAL</u>

YOUNG, C.J.

      For failure of the plaintiff to file a return of service and/or show good cause why service has not been made as of  SEPT 12, 2005 , it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b).

                                                  By the Court,

                                                  /s/ Elizabeth Smith

                                                  Deputy Clerk

September 12, 2005

To: All Counsel