FILED
IN CLERKS OFFICE

2005 OCT 31  P 12:00

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

STANLEY REALTY HOLDINGS, LLC,

    Plaintiff

v.

TOWN OF WATERTOWN, MICHAEL J. DRISCOLL, WATERTOWN ZONING BOARD OF APPEALS, John W. Marshall, Anthony D. Furia, Elaine v. Grey, Melissa Santucci, John G. Gannon, GREGORY P. WATSON, WATERTOWN HOUSING PARTNERSHIP, Thomas Wade, Marianne Cameron, Larry Young, R. Stewart Wooster, Howard Hashem, Harold Bejcik, Mark Messina, BEACON RESIDENTIAL PROPERTIES CORP., BEACON PLEASANT STREET PHASE 1 LLC, and 555 WATERTOWN, LLC,

    Defendants.

Civil Action No.

04-11394-WGY

---

### STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to Fed.R.Civ.P. 41(a)(1)(ii), hereby stipulate that said action, and all claims asserted therein shall be dismissed with prejudice (except as to all claims asserted against Michael J. Driscoll and Gregory P. Watson in their individual capacities, which shall be dismissed without prejudice), all parties to bear their own costs.

All rights of appeal are waived.

| | |
|---|---|
| **STANLEY REALTY HOLDINGS, LLC** | **BEACON RESIDENTIAL PROPERTIES CORP., BEACON PLEASANT STREET PHASE 1 LLC, and 555 WATERTOWN, LLC,** |
| By its attorneys, | By their attorneys, |
| DLA PIPER RUDNICK GRAY CARY US LLP | HOLLAND & KNIGHT LLP |
| *[signature]* | *[signature]* |
| Michael D. Vhay (BBO #566444) One International Place Boston, MA 02110 (617) 406-6000 | Paul Killeen (BBO #271600) 10 St. James Avenue Boston, MA 02116 (617) 573-5816 |

**TOWN OF WATERTOWN, ET AL**

By its attorneys,

KOPELMAN AND PAIGE, P.C.

_____
Jason R. Talerman (BBO #567927)
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

Dated: October 28, 2005

# 3288988_v1

~BOST1:393574.v1

All rights of appeal are waived.

| | |
|---|---|
| **STANLEY REALTY HOLDINGS, LLC** | **BEACON RESIDENTIAL PROPERTIES CORP., BEACON PLEASANT STREET PHASE 1 LLC, and 555 WATERTOWN, LLC,** |
| By its attorneys, | By their attorneys, |
| DLA PIPER RUDNICK GRAY CARY US LLP | HOLLAND & KNIGHT LLP |
| _____ | _____ |
| Michael D. Vhay (BBO #566444)<br>One International Place<br>Boston, MA  02110<br>(617) 406-6000 | Paul Killeen (BBO #271600)<br>10 St. James Avenue<br>Boston, MA  02116<br>(617) 573-5816 |

**TOWN OF WATERTOWN, ET AL**

By its attorneys,

KOPELMAN AND PAIGE, P.C.

_____
Jason R. Talerman (BBO #567927)
31 St. James Avenue
Boston, MA  02116
(617) 556-0007

Dated: October 28, 2005

# 3288988_v1

~BOST1:393574.v1